

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00491-CV

**IN RE** Klint Eugene **MILLER**, Kenneth B. Miller and Molly A. Miller

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 7, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On July 18, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-3364-DC, styled *In the Interest of R.W.M. and K.S.M., Children*, pending in the 38th Judicial District Court, Real County, Texas, the Honorable Camile G. Dubose presiding.